# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CARLOS LUIS GONZALEZ

        Plaintiff,

v.

STATE OF NEW JERSEY

        Defendants.

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

**APPEAL**

Case Number: 08-4336-RMB

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☒ GRANTED

☐ DENIED, for the following reasons:

_____.

ENTERED this __23rd__ day of __October__, 2008

*/s/ Renee Marie Bumb*

Renee Marie Bumb, USDCJ